UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANDREE BLACK,

    Plaintiff,

v.

HALEY (HUFF) HENLEY,

    Defendant.
_____/

Case No. 1:16-cv-585

HON. JANET T. NEFF

## **ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Haley Henley filed a motion for summary judgment (Dkt 11). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 27, 2017, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 23) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Dkt 11) is DENIED.

Dated: April 21, 2017

      /s/ Janet T. Neff
      JANET T. NEFF
      United States District Judge