UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANDREE BLACK,

    Plaintiff,

v.

HALEY HENLEY,

    Defendant.

_____/

Case No. 1:16-cv-585

HON. JANET T. NEFF

## **ORDER**

This is a prisoner civil rights action. Each party filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 6, 2018, recommending that this Court deny both motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 49) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motions for Summary Judgment (ECF Nos. 36, 42) are DENIED.

Dated: March 5, 2018                      /s/ Janet T. Neff
                                                                       JANET T. NEFF
                                                                      United States District Judge